IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MONTECA D. STRANGE,**

   Plaintiff,

 vs.            **Civil Action 2:05-CV-737**
                **Judge Smith**
                **Magistrate Judge King**

**CHILLICOTHE CORRECTIONAL INST.,**

   Defendant.

## ORDER

  On August 1, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed for lack of subject matter jurisdiction. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

  The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

                s/George C. Smith
                George C. Smith, Judge
               United States District Court