# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

**Monteca D. Strange,**

                **Plaintiff,**

**-vs-**                                                                                    **Case No.  C-2-05-737**

**Chillicothe Correctional Institution,**

                **Defendant.**

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**     This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X  Decision by Court.**     This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to an Order dated August 17, 2005, the Report and Recommendation is ADOPTED and AFFIRMED.  This action is DISMISSED.

Date:  August 18, 2005                                          JAMES BONINI, CLERK

                                                                              By: s/Lisa V. Wright, Deputy Clerk